IN THE SUPREME COURT OF NORTH CAROLINA

No. 503PA13

Filed 19 December 2014

CHARLOTTE MOTOR SPEEDWAY, LLC and SPEEDWAY MOTORSPORTS, INC.

v.

COUNTY OF CABARRUS

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 748 S.E.2d 171 (2013), affirming an order entered on 21 March 2012 by Judge Robert C. Ervin in Superior Court, Cabarrus County. Heard in the Supreme Court on 9 September 2014.

*James, McElroy & Diehl, P.A., by Preston O. Odom, III, William K. Diehl, Jr., and John R. Buric, for plaintiff-appellants.*

*Erwin, Bishop, Capitano & Moss, PA, by J. Daniel Bishop; and Richard M. Koch, Cabarrus County Attorney, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.